**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

FEB -6 2025 2: 16 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO COLUMBUS

**UNITED STATES OF AMERICA**

**vs.**

**NATHANIEL LEE**

CASE NO.

JUDGE

**INDICTMENT**
**18 U.S.C. § 472**
**18 U.S.C. § 3146(a)(2)**
**18 U.S.C. § 3146(b)(1)(A)(ii) and (b)(2)**
**18 U.S.C. § 3147(1)**

**FORFEITURE**

**THE GRAND JURY CHARGES:**

**INTRODUCTORY ALLEGATION**

1.      The defendant, **NATHANIEL LEE**, was released pursuant to an order dated on or about April 21, 2023, from the United States District Court for the Southern District of Ohio, Case No. 2:23-mj-268, which order notified **LEE** of the potential effect of committing an offense while on release. On or about February 15, 2024, in Case No. 2:23-cr-101, **LEE** was sentenced to a term of imprisonment and continued on release pending the execution of his sentence of imprisonment.

**COUNT 1**
**(Failure to Surrender for Service of Sentence)**

2.      Paragraph 1 is incorporated here by reference.

3.      On or about February 20, 2024, in the Southern District of Ohio, the defendant, **NATHANIEL LEE**, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after conviction in the United States District Court for the Southern District of Ohio for a violation of Title 18, United States Code, Section 371, an offense punishable by imprisonment for a term of five years or more, in Case No. 2:23-cr-101, entitled *United States v. Nathaniel Lee, et al.*, and having been directed by the Court to surrender

to the United States Marshals Service in Columbus, Ohio at 10:00 a.m. on February 20, 2024, in the Southern District of Ohio, did knowingly and willfully fail to surrender for service of sentence as ordered by the Court.

**In violation of 18 U.S.C. §§ 3146(a)(2), (b)(1)(A)(ii), (b)(2), and 3147(1).**

## COUNT 2
### (Uttering)

4.      Paragraph 1 is incorporated here by reference.

5.      On or about September 17, 2024, in the Southern District of Ohio, the defendant, **NATHANIEL LEE**, with intent to defraud, attempted to and did pass, utter, and publish a falsely made, forged, and counterfeited obligation of the United States—that is, a $50 Federal Reserve Note bearing serial number PG39213773A—which he then knew to be falsely made, forged, and counterfeited.

**In violation of 18 U.S.C. §§ 472 and 3147(1).**

## FORFEITURE ALLEGATION A

6.      The allegations contained in this Indictment are realleged and incorporated here for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 982(a)(2)(B).

7.      Upon conviction of Count 2 of this Indictment, the defendant, **NATHANIEL LEE**, shall forfeit to the United States of America, in accordance with 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the offense in violation of 18 U.S.C. § 472.

8.      <u>Substitute Assets</u>: If any portion of the forfeitable property described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States of America, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

**Forfeiture notice pursuant to 18 U.S.C. § 982(a)(2)(B) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

9.      The allegations contained in this Indictment are realleged and incorporated here for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c).

10.     Upon conviction of Count 2 of this Indictment, the defendant, **NATHANIEL LEE**, shall forfeit to the United States of America, in accordance with 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), all counterfeits of any obligations or other securities of the United States, or any articles, devices, and other things made, possessed, or used in any offense in violation of 18 U.S.C. § 472, or any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices, or things.

**Forfeiture notice pursuant to 18 U.S.C. § 492, 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.


s/ Foreperson
FOREPERSON


KENNETH L. PARKER
United States Attorney


DAVID J. TWOMBLY (0092558)
S. COURTER SHIMEALL (0090514)
Assistant United States Attorneys

4